IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MURAT OZTURK,

        Petitioner,        No. CIV S-10-1532 GEB EFB

   vs.

ZEYNEP BANU OZTURK,        ORDER

        Respondent.
_____/

This case was referred to the undersigned pursuant to Eastern District of California Local Rule 302(c)(21). *See* 28 U.S.C. § 636(b)(1). Petitioner, previously proceeding *in propria persona,* is now represented by counsel. Dckt. No. 11. Because all parties are now represented by counsel, the referral to the magistrate judge is withdrawn and the case is referred back to the district judge. Accordingly, the October 27, 2010 status (pretrial scheduling) conference currently scheduled before the undersigned, Dckt. No. 4, is vacated. The magistrate judge shall continue to perform the usual discovery tasks associated with ordinary civil cases.

SO ORDERED.

DATED: July 7, 2010

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE