IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MURAT OZTURK, | ) | |
| | ) | 2:10-cv-01532-GEB-EFB |
| Petitioner, | ) | |
| | ) | |
| v. | ) | STATUS (PRETRIAL SCHEDULING) |
| | ) | ORDER |
| ZYNEP BANU OZTURK, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

      A status (pretrial scheduling) conference was held in this case on August 9, 2010. Janet Uthe, Esquire, appeared on behalf of Petitioner; Brent Seymore, Esquire, appeared on behalf of Respondent. After hearing and consultation with the parties, the Court makes the following Order.

## DISCOVERY

      All discovery shall be completed by October 12, 2010. In this context, "completed" means that all discovery shall have been conducted so that all depositions have been taken and any disputes relative to discovery shall have been resolved by appropriate orders, if necessary, and, where discovery has been ordered, the order has been complied with or, alternatively, the time allowed for such compliance shall have expired.[1]

---

[1] The Magistrate Judges in the Eastern District are responsible
(continued...)

The parties shall exchange all expert reports on or before September 14, 2010.

## TRIAL BRIEFS

Petitioner shall file a trial brief no later than fourteen (14) days from the date on which this order is filed. Respondent shall file any opposition to Petitioner's trial brief no later than fourteen (14) days from the date on which Petitioner's trial brief is filed. Petitioner shall file any reply to Respondent's opposition no later than seven (7) days from the date on which opposition brief is filed.

## EXHIBITS

The parties shall exchange a copy of all intended trial exhibits, marked with exhibit stickers provided by the Court, on or before October 12, 2010.

Petitioner's exhibits shall be numbered and marked with colored stickers and Respondent's exhibits shall be designated by alphabetical letter. To obtain stickers, parties should contact the Clerk of Court at (916) 930-4000.

The parties shall file with the Court any objections to the exhibits on October 15, 2010, on or before 12:00 p.m.

Failure to exchange exhibits as ordered could result in the exhibit not being used at trial and/or the imposition of sanctions. The failure to make objections in the manner prescribed by this section shall constitute a waiver of objections.

---

[1](...continued)
for resolving discovery disputes.  See Local Rule 302(c)(1).  A party conducting discovery near the discovery "completion" date risks losing the opportunity to have a judge resolve a discovery dispute concerning that discovery.

The parties shall deliver an original and one copy of all exhibits to the courtroom on the date trial is scheduled to commence unless the exhibit is physically incapable of being reproduced. Failure to produce exhibits as ordered could result in waiver of the right to offer those exhibits. Each party submitting exhibits shall furnish a list to the Court, the courtroom deputy, and opposing counsel itemizing the exhibits.

## WITNESSES

The parties shall exchange a list of witnesses expected to testify at trial with a summary of each witness' expected testimony on or before September 7, 2010.

## DISPUTED EVIDENTIARY ISSUES

The parties shall meet and confer for the purpose of resolving evidentiary disputes. Any unresolved evidentiary dispute capable of being resolved in limine shall be set forth in an in limine motion filed no later than 12:00 p.m. on October 15, 2010. Failure to state a basis for the admissibility or non-admissibility of disputed evidence constitutes a waiver or abandonment of that basis.

## FURTHER STATUS CONFERENCE

A further status conference is scheduled on September 13, 2010, commencing at 9:00 a.m. The parties shall file a JOINT status report no later than seven (7) days prior to the status conference. The parties need only address in the joint status report whether the further status conference is necessary, and if so, the issues the parties seek to have addressed at the status conference, including each side's position the issue(s) with citation to any relevant authority.

In the event the further status conference is necessary, each party is permitted to appear by telephone provided that counsel

intending to appear by telephone call Shani Furstenau, Courtroom Deputy, at (916) 930-4114, seven (7) days prior to the status conference to provide her with telephone contact information.

## TRIAL SETTING

Trial shall commence on October 19, 2010, at 9:00 a.m. A trial day will commence at 9:00 a.m. and will adjourn at approximately 4:30 p.m. Counsel shall call Shani Furstenau one week prior to the trial commencement date to ascertain the status of the trial date.

IT IS SO ORDERED.

Dated:  August 9, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge