IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SITTING AS A TREATY TRIBUNAL UNDER
ARTICLE III SECTION 2 OF THE UNITED STATES CONSTITUTION
CONCURRENT JURISDICTION CONFERRED BY 42 U.S.C. § 11601 ET SEQ.

MURAT OZTURK,

    Petitioner,                    No. CIV 2:10-cv-1532 KJM EFB

    vs.

ZEYNEP BANU OZTURK,

    Respondent.                  <u>ORDER</u>

        This matter was on calendar on February 3, 2011 for status and final pretrial conference. Janet Uthe, Esq., appeared for petitioner; Brent Seymour, Esq., Thorn • Seymour • Mehmet, appeared telephonically for respondent.

        After discussion, counsel agreed to present the direct testimony of most witnesses other than petitioner and respondent, including expert witnesses, by declaration, with declarations to be filed by February 24, 2011. By March 3, 2011, the parties shall identify those witnesses, other than petitioner and respondent, whom they wish to cross examine and provide a brief explanation of the reasons for seeking cross-examination. By that date, the parties also will

1

identify how objections will be handled for the witnesses they propose will testify from Turkey, provide a curriculum vitae for each proposed interpreter, and describe any potential issues related to the use of interpreters. Finally, by March 3, respondent will file a motion in support of his request to have the Ozturk children testify; petitioner's objections are due by March 10, 2011.

        Trial is confirmed for the following dates:

        March 21, 2011 from 8:00 a.m. until noon.

        March 23, 2011 from 8:00 a.m. until 10:00 a.m.

        March 24, 2011 from 8:00 a.m. until noon and from 1:00 p.m. until 5:00 p.m.

        March 25, 2011 from 8:00 a.m. until noon.

        The parties have expressed an interest in a settlement conference; the court will provide details setting a conference in a separate order.

DATED: February 4, 2011.

_____
UNITED STATES DISTRICT JUDGE

2 ozturk.oah