JANET KOSID UTHE, CSB#66469
Law Office of JANET K. UTHE
8146 Greenback Lane, Suite 106
Fair Oaks, CA 95628
(916) 721-1431 Telephone
(916) 721-5510 Facsimile
uthelaw@aol.com

Attorney for Petitioner, MURAT OZTURK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SITTING AS A TREATY TRIBUNAL UNDER
ARTICLE III SECTION 2 OF THE UNITED STATES CONSTITUTION
CONCURRENT JURISDICTION CONFERRED BY 42 U.S.C. §110601 ET SEQ.

| | |
|---|---|
| MURAT OZTURK, | CASE NO. 2:10-cv-01532-KJM-EFB |
| Petitioner, | |
| vs. | **ORDER FOR PETITIONER TO APPEAR VIA VIDEO TRANSMISSION OR TELEPHONICALLY** |
| ZYNEP BANU OZTURK, | |
| Respondent. _____/ | |

The Convention on the Civil Aspects
of International Child Abduction,
done at the Hague on 25 Oct. 1980 [The Convention]
------------------
International Child Abduction Remedies Act
42 U.S.C. §11601 et seq.

The parties having stipulated to allow the Petitioner, MURAT OZTURK, to appear at the Status Conference of this matter currently scheduled for March 17, 2011, at 9:00 a.m. in Courtroom 3, before the Honorable Kimberly J. Mueller, by video transmission or if not technically feasible, by telephonic means at 90-212-699-7176, and good cause appearing therefore;

/////

/////

/////

1    IT IS ORDERED that:

2    Petitioner, MURAT OZTURK is allowed to appear via video transmission or if not
3 technically feasible, by telephonic means at 90-212-699-7176.
4 Dated: March 15, 2011.

```
                              _____
                              UNITED STATES DISTRICT JUDGE
```