IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SITTING AS A TREATY TRIBUNAL UNDER
ARTICLE III SECTION 2 OF THE UNITED STATES CONSTITUTION
CONCURRENT JURISDICTION CONFERRED BY 42 U.S.C. § 11601 ET SEQ.

MURAT OZTURK,

    Petitioner,           No. CIV 2:10-cv-1532 KJM EFB

    vs.

ZEYNEP BANU OZTURK,

    Respondent.        ORDER
_____/

        This matter, removed from Yolo County Superior Court, in which petitioner father seeks the return to Turkey of his two children by respondent, was on calendar on March 17, 2011 for status conference. Janet Uthe, Esq., appeared for petitioner, who was present telephonically; Brent Seymour, Esq., Thorn • Seymour • Mehmet, appeared for respondent, who was present in court. Also present at hearing were Barbara Traynor Enriquez, Deputy District Attorney of Yolo County, and Jenny Stroski, investigator for the Yolo County District Attorney's Office, who surrendered the childrens' Turkish passports to this court.

        Before the joint status hearing, the parties filed a joint status report, advising the court that respondent has decided to return to Istanbul, Turkey, with the children to resolve the

1

1    parties' disputes there. Respondent provided an itinerary for a flight she has booked, showing
2    that respondent and the children would change planes in Munich, and would arrive in Istanbul
3    late at night. The itinerary indicates that respondent purchased trip insurance. At hearing, the
4    parties agreed it is possible to arrange a nonstop flight to Istanbul from Los Angeles, California.
5    Although in the status report respondent agreed to surrender the children to respondent in
6    accordance with custody orders of the Turkish court, at hearing respondent asked she not be
7    required to immediately surrender the children when they first arrive at the Istanbul airport, to
8    avoid disruption.

9           Also at hearing, respondent acknowledged this court's authority to order the
10   childrens' return on conditions the court deems appropriate, taking into consideration applicable
11   law and the facts of this case. In particular, respondent did not register any objection to any
12   possible order the court might issue. Although the court provided the parties until the close of
13   business on March 17 to reach a stipulation providing for the childrens' safe return to Turkey,
14   petitioner's counsel has notified the court the parties have not been able to reach an agreement.

15          Accordingly, good cause appearing, the court makes the following orders:

16          1. Respondent is directed to make plans for her and her two children to travel by
17   direct nonstop flight from Los Angeles to Istanbul, Turkey, arriving in Istanbul during day time
18   hours. The travel shall occur within the next twenty-one days. Respondent is directed to provide
19   a copy of confirmed flight plans to petitioner, the court and the office of the U.S. Marshal
20   (Bruce.Clark@doj.gov), promptly following booking of the flight. Respondent also shall
21   provide the U.S. Marshal with a cell phone number to coordinate a meeting location at the Los
22   Angeles airport.

23          2. The court will order release of the childrens' passports to the U.S. Marshal
24   upon receipt of respondent's itinerary in conformance with paragraph 1 above.

25          3. A U.S. Marshal will meet respondent and the two children at the Los Angeles
26   airport with the passports and will remain with respondent and the children until they have

boarded their flight and the flight has taken off.  The U.S. Marshal will notify the court once respondent and the children have left the United States on the direct flight to Istanbul.

      4. Petitioner is directed to meet the flight when it lands in Istanbul.

      5. Respondent will transfer the children to petitioner immediately upon arrival in Istanbul.

      6. The Clerk of the Court is directed to serve a copy of this order on the U.S. Marshal and to send a courtesy copy to Marco P. Tedesco, Division Chief, Outreach and Compliance, Office of Children's Issues, United States Central Authority, Hague Convention of the Civil Aspects of International Child Abduction, United States Department of State, Washington, D.C. 20520 and by e-mail on Shannon O. Hines at HinesSO@state.gov.

DATED:  March 18, 2011.

_____
UNITED STATES DISTRICT JUDGE

oztu1532.ret