1

2

3

4

5

6

7                              IN THE UNITED STATES DISTRICT COURT

8                           FOR THE EASTERN DISTRICT OF CALIFORNIA

9                                SITTING AS A TREATY TRIBUNAL UNDER
                  ARTICLE III SECTION 2 OF THE UNITED STATES CONSTITUTION
10        CONCURRENT JURISDICTION CONFERRED BY 42 U.S.C. § 11601 ET SEQ.

11   MURAT OZTURK,

12            Petitioner,                      No. CIV 2:10-cv-1532 KJM EFB

13      vs.

14   ZEYNEP BANU OZTURK,

15            Respondent.                      ORDER
                                    /
16

17            In compliance with this court's order of March 18, 2011, respondent's counsel

18   has filed the itinerary for the flight that respondent and the two children will take to Istanbul,

19   Turkey, leaving Los Angeles at 5:55 p.m. on March 26, 2011.  Counsel also indicates that

20   respondent has provided contact information to the U.S. Marshals Service to facilitate meeting at

21   the Los Angeles airport.

22            IT IS THEREFORE ORDERED that:

23            1. The Clerk of the Court release Republic of Turkey Passport Nos. 338922 and

24   365005 to Bruce Clark, Deputy United States Marshal, in accordance with the order issued

25   March 18, 2011.

26   /////

1    2.  The Clerk of the Court is directed to serve a copy of this order on the U.S.

2  Marshal and to send a courtesy copy to Marco P. Tedesco, Division Chief, Outreach and

3  Compliance, Office of Children's Issues, United States Central Authority, Hague Convention of

4  the Civil Aspects of International Child Abduction, United States Department of State,

5  Washington, D.C. 20520 and by e-mail on Shannon O. Hines at HinesSO@state.gov.

6  DATED:  March 21, 2011.

7  _____

UNITED STATES DISTRICT JUDGE

8  2

9  oztu1532.pass

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26