JANET KOSID UTHE, CSB#66469
Law Office of JANET K. UTHE
8146 Greenback Lane, Suite 106
Fair Oaks, CA 95628
(916) 721-1431 Telephone
(916) 721-5510 Facsimile
uthelaw@aol.com

Attorney for Petitioner, MURAT OZTURK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SITTING AS A TREATY TRIBUNAL UNDER
ARTICLE III SECTION 2 OF THE UNITED STATES CONSTITUTION
CONCURRENT JURISDICTION CONFERRED BY 42 U.S.C. §110601 ET SEQ.

| | |
|---|---|
| MURAT OZTURK, | CASE NO. 2:10-cv-01532-KJM-EFB |
| Petitioner, | **ORDER FOR DISMISSAL** |
| vs. | |
| ZYNEP BANU OZTURK, | |
| Respondent. | |

The Convention on the Civil Aspects
of International Child Abduction,
done at the Hague on 25 Oct. 1980 [The Convention]
------------------
International Child Abduction Remedies Act
42 U.S.C. §11601 et seq.

The parties having so stipulated to this entire action being dismissed, including all related causes of action.

IT IS SO ORDERED, that the Clerk of the Court enter a Dismissal of the entire action and all related causes of action, without prejudice.

Dated: April 19, 2011.

_____
UNITED STATES DISTRICT JUDGE

Order for Dismissal